# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Kezia Elfrieda Otting,            Bky. Case No. 20-42450
                                                  Chapter 7

         Debtor.

## AMENDED NOTICE OF SALE

To:      The United States Trustee, all creditors and other parties in interest.

On **April 22, 2021**, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtor named above will sell the estate's interest in the following property located in Kandiyohi County, Minnesota

> The West 100.00 feet of the East 1092.00 feet of Lot 1, Block 1, Hoffer's Rolling Acres to the City of Kandiyohi

Property Address: 960 McDermott Avenue W, Kandiyohi, Minnesota, 56251

Bryon Swanson, residing at 960 McDermott Avenue W, Kandiyohi, MN 56251, has agreed to purchase the Property for a purchase price of $144,100.00.   The real estate has a 2020 property tax estimated market value of $127,800. There is a first mortgage held by Wells Fargo Home Mortgage with an estimated principal balance of $101,262.24.  The proceeds of the sale will be distributed as follows: to Wells Fargo Home Mortgage first mortgage to be paid in full, to Kandiyohi County, ordinary recording fees, deed tax, and pro rated 2020 property taxes due at closing, to Kandiyohi Abstract & Title Co. ordinary closing costs. The net sales proceeds will be ½ to the bankruptcy estate and ½ to co-owner, Evan Entinger. The Debtor has a claimed exemption of $7,745.28 in the real estate.  The debtor will be paid her exempted amount from the bankruptcy estates portion of the sale proceeds.  The bankruptcy estate's interest in the real estate will be transferred by Trustee's Deed. Under information and belief there are no other encumbrances on the property. The real estate is being sold as is.  The Trustee believes that the sale is in the best interests of the estate.  The Trustee requests that the stay pursuant to Bankruptcy Rule 6004(g) be waived and shall not apply to this sale.

OBJECTION:  MOTION:  HEARING.  Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court<br>US Bankruptcy Court<br>301 US Courthouse<br>300 S Fourth Street<br>Minneapolis MN  55415 | United States Trustee<br>1015 US Courthouse<br>300 South 4th Street<br>Minneapolis, MN  55415 | Trustee<br>(see address below) |
|---|---|---|
| Dated: April 1, 2021 | | /e/ Erik A. Ahlgren<br>Erik A. Ahlgren, Trustee<br>220 W Washington Ave, Ste 105<br>Fergus Falls, MN  56537<br>218-998-2775<br>trustee@prtel.com |