UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Kezia Elfrieda Otting,   Case No.: 20-42450
   Chapter 7

   Debtor.

APPLICATION FOR APPROVAL OF EMPLOYMENT OF REALTOR

1. Applicant is the trustee in this case.

2. Applicant applies for approval of the employment of **Chad Loch and ReMax Today's Properties** as real estate agent to sell the following interest in real property described as follows:

Real estate located at: 960 McDermott Avenue, Kandiyohi MN 56251

3. The terms and conditions of compensation and reimbursement of expenses are as follows:
   6% commission

4. Said professionals have disclosed to the undersigned that he has the following connections with the debtors, creditors, and other parties-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee: None

WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the Trustee.

Dated: November 4, 2021    /e/ Erik A. Ahlgren
   Erik A. Ahlgren, Trustee
   220 W. Washington Ave. Suite 105
   Fergus Falls MN 56537

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Kezia Elfrieda Otting,  Case No.: 20-42450
                                                 Chapter 7

      Debtor.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, <u>Chad Loch of ReMax Today's Properties,</u> the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following: None

Dated:_____  _____
                                                                Chad Loch
                                                                ReMax Today's Properties
                                                                309 Sibley Ave N
                                                                Litchfield MN  55355

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Kezia Elfrieda Otting,                         Case No.: 20-42450
                                                                Chapter 7

           Debtors.

**ORDER**

The trustee's application to approve the employment of Chad Loch and ReMax Today's Properties, as the trustee's realtor came before the court. Based on the application, the recommendation of the United States Trustee, and 11, United States Code, §327,

**IT IS ORDERED:** The employment is approved.

DATED:

_____

CHIEF UNITED STATES BANKRUPTCY JUDGE